UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN WESLEY HORN,<br><br>    Petitioner,<br><br>    v.<br><br>MAGGIE MILLER-STOUT,<br><br>    Respondent. | CASE NO. C11-5055BHS<br><br>ORDER ADOPTING IN PART AND DECLINING TO ADOPT IN PART REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 4). The Court has considered the R&R and the remaining record and hereby adopts in part and declines to adopt in part the R&R (Dkt. 4) for the reasons stated herein.

On January 18, 2011, Petitioner John Wesley Horn ("Horn") filed a motion to proceed in forma pauperis in proceeding with his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. 1. On February 3, 2011, the magistrate judge issued the R&R recommending that Horn's motion be denied for failure to complete a proper affidavit of indigence and that Horn should be required to pay the full filing fee. Dkt. 4. On February 14, 2011, Horn paid the filing fee. On February 16, 2011, Horn filed objections to the R&R stating that his filing fee was paid but that the Court should not deny his motion to proceed in forma pauperis because other issues of indigency could arise such as his need for counsel. Dkt. 7.

ORDER – 1

1  The Court declines to adopt the R&R since it is moot with respect to the filing fee as it has been paid in full and adopts the R&R with respect to denial of Horn's motion to proceed in forma pauperis as Horn may seek relief regarding any further issues concerning indigency at the time they arise.

Therefore, the Court adopts in part and declines to adopt in part the R&R (Dkt. 4) as stated herein.

DATED this 28th day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2