UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN WESLEY HORN,

    Petitioner,

    v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C11-5055BHS/JRC

ORDER

    This habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the court is petitioner's motion in which he asks the court acknowledge that the filing fee has been paid (ECF No. 17). On February 2, 2011, the fee was paid (Receipt No. T-8397). This matter is ripe for consideration on May 27, 2011.

    DATED this 12th day of May, 2011.

    J. Richard Creatura
    United States Magistrate Judge

ORDER - 1