UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN WESLEY HORN, <br><br> Petitioner, <br><br> v. <br><br> MAGGIE MILLER-STOUT . <br><br> Respondent. | CASE NO. 11-cv-5055BHS-JRC <br><br> ORDER REQUESTING ADDITIONAL BRIEFING |

The petitioner in this action is seeking a habeas corpus relief from a state conviction and sentence. This case has been re-referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4. The original answer did not address the issue of actual innocence. The court requests that respondent submit additional briefing on this issue by September 23, 2011. Petitioner may file a traverse. The traverse should be received on or before September 30, 2011.

ORDER REQUESTING ADDITIONAL BRIEFING
- 1

1  The clerk's office is directed to note this matter on the court's calendar for
2  consideration on October 7, 2011.
3  Dated this 22nd day of August, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge