UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN WESLEY HORN

    Petitioner,

v.

MAGGIE MILLER STOUT,

    Respondent.

Case No. C11-5055BHS

ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS ON APPEAL

    This matter comes before the court on Petitioner John Wesley Horn's ("Horn") motion to proceed in forma pauperis on appeal. Dkt. 38. The Court has considered the pleadings filed in support of the motion and the file herein.

    On January 26, 2012, the Court denied Horn's petition and denied Horn a Certificate of Appealability. Dkt. 35. On February 13, 2012, Horn filed a motion to proceed in forma pauperis on appeal. Dkt. 38.

    Pursuant to the Ninth Circuit's Local Rules, Horn must first file a motion for a Certificate of Appealability with the Ninth Circuit because a certificate was denied by this Court. Circuit Rule 22-1. If a certificate is issued, then the Circuit will determine whether Horn may proceed with his appeal in forma pauperis. Therefore, Horn's motion is denied as premature.

**IT IS SO ORDERED**

DATED this 27th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER